IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MLI RX, LLC,** **AMERISOURCEBERGEN CORP.,** **AMERISOURCEBERGEN DRUG CORP.,** **H.D. SMITH, LLC,** **VALLEY WHOLESALE DRUG CO., LLC, (Subsidiary of H.D. Smith, LLC),** **CARDINAL HEALTH, INC.,** **CARDINAL HEALTH P.R. 120, INC.,** **THE HARVARD DRUG GROUP, L.L.C.,** **CARDINAL HEALTH 110 LLC,** **McKESSON CORPORATION,** **BURLINGTON DRUG COMPANY, INC.,** **DAKOTA DRUG, INC.,** **NORTH CAROLINA MUTUAL WHOLESALE DRUG COMPANY,** **J.M. SMITH CORPORATION, doing business as "SMITH DRUG COMPANY,"** **VALUE DRUG COMPANY, and** **PRESCRIPTION SUPPLY, INC.,** Plaintiffs, v. **GLAXOSMITHKLINE LLC, formerly known as "SMITHKLINE BEECHAM CORPORATION," and doing business as "GLAXOSMITHKLINE,"** **TEVA PHARMACEUTICAL INDUSTRIES LTD., and** **TEVA PHARMACEUTICALS USA, INC.,** Defendants. | CIVIL ACTION NO. 23-429 |

**ORDER**

**AND NOW**, this 30th day of May, 2023, upon consideration of Defendants' joint Motion to Transfer (ECF Nos. 28 & 44) and any response and opposition thereto, it hereby **ORDERED** that the Motion to Transfer is **GRANTED**. Consistent with this Order, the Clerk of Court is directed to **TRANSFER** this matter to the United States District Court for the District of New Jersey.

It is further **ORDERED** that upon consideration of Defendants' joint Motion to Stay (ECF Nos. 30 & 44) and any response and opposition thereto, the Motion to Stay is **DENIED** as moot.[1]

**BY THE COURT:**

/s/ Hon. Kelley B. Hodge

_____

**HODGE, KELLEY B., J.**

---

[1] Having already determined that a venue transfer is appropriate, the Court denies Defendants' Motion to Stay as moot.